SHOOK, HARDY & BACON L.L.P.
MICHAEL F. HEALY (SBN 95098)
mfhealy@shb.com
M. KEVIN UNDERHILL (SBN 208211)
kunderhill@shb.com
EMILY WEISSENBERGER (SBN 248898)
eweissenberger@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LEMUS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No. 8:22-cv-00253-DOC-ADS<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY ALL DEADLINES** |

Plaintiff Christian Lemus and Defendant Rite Aid Corporation hereby stipulation as follows:

1. WHEREAS, the Parties have reached an agreement in principle to settle this action and are in the process of preparing a settlement agreement.

2. WHEREAS, under the Court's Trial Scheduling Order (Dkt 56.), Plaintiff's deadline to file a motion for class certification is due April 3, 2023.

3. THEREFORE, in light of the foregoing and to further judicial economy, the Parties respectfully stipulation and request an Order form this Court vacating

all deadlines and staying this action so that the parties can finalize the long form settlement agreement and then dismiss this case with prejudice. The parties expect to file dismissal documents with this Court within 30 days.

Dated: March 14, 2023                    Respectfully submitted,

                                         SHOOK, HARDY & BACON L.L.P.


                                         By: */s/ Emily M. Weissenberger*
                                             Emily Weissenberger

                                         Attorneys for Defendant
                                         RITE AID CORPORATION

Dated: March 14, 2023                    Respectfully submitted,

                                         DOVEL & LUNER, LLP


                                         By: */s/ Jonas Jacobson*
                                             Jonas B. Jacobson

                                         Attorneys for Plaintiff
                                         CHRISTIAN LEMUS

**Signature Attestation**

Pursuant to Civil L.R. 5-4.3.4(a)(2), I, Emily M. Weissenberger, attest that all other signatories listed on this document, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                         By: /s/ Emily M. Weissenberger