Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN LEMUS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>*Defendant*. | Case No. 8:22-cv-00253-DOC-ADS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  The above-captioned parties hereby stipulate to dismiss all Plaintiff Christian Lemus's claims against Defendant Rite Aid Corporation, with prejudice. *See* Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The claims of putative class members are dismissed without prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated: April 19, 2023

Respectfully submitted,

By: /s/ *Jonas B. Jacobson*

Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

SHOOK, HARDY & BACON

By: /s/ *Emily M. Weissenberger*
  Emily M. Weissenberger
  Attorneys for Defendant
  RITE AID CORPORATION